**Order entered June 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01217-CV

## IN THE INTEREST OF P.G.G., B.N.G., AND R.T.G., CHILDREN

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-05-03154**

## ORDER

This appeal stems from proceedings following our reversal and remand, in appellate cause number 05-12-01001-CV, of the trial court's order holding appellee in contempt for failure to pay child support, granting judgment for arrearages, and suspending commitment. Appellant, appearing pro se, filed her brief May 5, 2015, making appellee's brief due June 4, 2015. *See* TEX. R. APP. P. 38.6(b). Appellee did not file his brief by that date, but filed a motion to dismiss the appeal. Appellee asserts in his motion that appellant's brief "is based upon the record filed in . . . 05-12-01001-CV," and that record is not before the Court.

We note appellant requested on May 13, 2015 a supplemental reporter's record containing, in part, the record filed in the previous appeal. To date, however, the supplemental record has not been filed.

For efficiency purposes, we **ORDER**, on our own motion, the reporter's record in appellate cause number 05-12-01001-CV transferred into this appeal. We further **ORDER**

Tanner Joy Feast to file, no later than June 30, 2015, the record of the trial court's February 13, 2014 and August 22, 2014 hearings as designated in appellant's May 13th request.

We **DENY** appellee's June 4, 2015 motion to dismiss appeal and **ORDER** appellee to file his brief no later than July 15, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Feast and the parties.


/s/ CRAIG STODDART
   JUSTICE